1

TALIA L. DELANOY  (SBN:  239973)
tdelanoy@grsm.com

2

MATTHEW A. MALLET
mmallet@grsm.com

3

GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200

4

Sacramento, CA 95825
Telephone:  (916) 565-2900

5

Facsimile:  (916) 920-4402

6

Attorneys for Defendant
FEDEX FREIGHT, INC.

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

RICARDO LOPES SOUZA,

Case No:

12

Plaintiff,

13

vs.

**DECLARATION OF TALIA L. DELANOY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

14

FEDEX FREIGHT, INC., DOES 1-10,

15

Defendants.

16

Complaint filed:  April 13, 2023

17

Removed from Superior Court of San Francisco County,  CGC-23-605821

18

19

I, Talia L. Delanoy, declare:

20

1.     I am an attorney duly licensed to practice in all of the courts of the State of

21

California and am a partner at the law firm Gordon Rees Scully Mansukhani, LLP, attorneys of

22

record for Defendant FEDEX FREIGHT, INC. (hereinafter "Defendant").  The facts set forth

23

herein are of my own personal knowledge and if sworn I could and would testify competently

24

thereto.

25

2.     A true and correct copy of Plaintiff's Summons and Complaint, entitled

26

*RICARDO LOPES SOUZA, Plaintiff v. FEDEX FREIGHT, INC. and DOES 1 through 10,*

27

*Defendants,* Case No. CGC-23-605821 is attached hereto as Exhibit A.

28

///

*Gordon Rees Scully Mansukhani, LLP*
*3 Park Center Drive, Suite 200*
*Sacramento, CA 95825*

-1-

DECLARATION OF TALIA L. DELANOY IN SUPPORT OF DEFENDANT'S NOTICE OF
REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

3.    Defendant was served with a Notice and Acknowledgment of Receipt-Civil, with the Summons, Complaint and Civil Case Cover Sheet on or about May 3, 2023. On behalf of Defendant, I dated and executed the Notice and Acknowledgment of Receipt-Civil on May 26, 2023. A true and correct copy of the executed Notice and Acknowledgment of Receipt-Civil is attached hereto as Exhibit B.

4.    To Defendant's knowledge, there are no other Defendants that have been named or served in this action, thus there are no other Defendants to join in this Notice of Removal.

5.    Defendant will promptly give Plaintiff written notice of filing of this Notice of Removal and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court for the County of San Francisco, where the action is currently pending, as required by 28 U.S.C. §1446(d).

6.    Plaintiff was employed as a City Driver for Defendant, worked an average of 32.3 hours per week (based on his time records for August 28, 2021 through March 5, 2022), and was earning $32.95 per hour.

7.    Plaintiff left his employment with Defendant on September 9, 2022.  As it is likely the trial of this matter will not commence for at least one year, Plaintiff's wage loss claim through trial will total in excess of $96,496.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 13, 2023, at Sacramento, California.

_____
Talia L. Delanoy

Gordon Rees Scully Mansukhani, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825

-2-
DECLARATION OF TALIA L. DELANOY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

**Gordon Rees Scully Mansukhani, LLP**
**3 Park Center Drive, Suite 200**
**Sacramento, CA 95825**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1289553/74851351v.1

## PROOF OF SERVICE

*Souza v. Fedex Freight, Inc. et al.*
USDC CAND case no.: _____San Francisco Sup Ct case no. CGC-23-605821

I am a resident of the State of California, over the age of 18 years, and not a party to the within action.  My business address is: Gordon Rees Scully Mansukhani, LLP 275 Battery St., Suite 2000, San Francisco, CA 94111.  On the date below, I served the within document(s):

**DECLARATION OF TALIA L. DELANOY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

☒ **Via E-Mail:**  By transmitting via electronic mail the document(s) listed above to the email address(es) set forth below.  During the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.

☐ **Via Court Approved Efiling/Eservice Vendor**:  By instructing a court approved Efiling/Eservice vendor to transmit via electronic service the document(s) listed above to the parties and/or email address(es) set forth below and/or listed on the court's website.

☐ **Via U.S. Mail:**  By placing the documents(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

**Attorneys for Plaintiff**

Dylan Hackett
The Hackett Firm
PO Box 330168
San Francisco, CA 94108
Tel: 415-410-9931

Email:
dylanhackett@hackettfirm.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 13, 2023** at San Francisco, California.

_____
Stacey Drucker

-3-

DECLARATION OF TALIA L. DELANOY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

# EXHIBIT A

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| DYLAN HACKETT, Esq.<br>The Hackett Law Firm<br>P.O. Box 330168<br>San Francisco, CA 94108<br>TELEPHONE NO.: [415] 410-9931    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS: dylanhackett@hackettfirm.com<br>ATTORNEY FOR *(Name)*: Plaintiff, RICARDO LOPES SOUZA | **ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br>**04/13/2023**<br>**Clerk of the Court**<br>BY: JEFFREY FLORES<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME: RICARDO LOPES SOUZA vs. FEDEX FREIGHT, INC., et al.

| **CIVIL CASE COVER SHEET**<br>[X] Unlimited   [ ] Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | **Complex Case Designation**<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER: **CGC-23-605821**<br>JUDGE:<br>DEPT.: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[X] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [X] punitive
4. Number of causes of action *(specify)*: Four
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: April 12, 2023

DYLAN HACKETT, Esq.
_____
(TYPE OR PRINT NAME)

▶ *Dylan Hackett*
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. September 1, 2021]
CEB Essential Forms
ceb.com

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–33.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| |
|---|
| **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
FEDEX FREIGHT,INC., DOES 1 TO 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
RICARDO LOPES SOUZA

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Francisco Superior Court
400 McAllister Street
San Francisco                           CA    94102

| CASE NUMBER:<br>*(Número del Caso):*<br><br>**CGC-23-605821** |
|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
DYLAN HACKETT, Esq.                          [415]  410-9931
P.O. Box 330168
San Francisco                           CA    94108

DATE: **05/15/2023**          Clerk, by          **JEFFREY FLORES**          , Deputy
*(Fecha)*          *(Secretario)* _____          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

CEB
www.ceb.com

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

1   DYLAN HACKETT, Esq.   SBN: 329339
    The Hackett Firm
2   P.O. Box 330168
    San Francisco, CA 94108
3   [415] 410-9931
    dylanhackett@hackettfirm.com
4
    Attorney for Plaintiff,
5   RICARDO LOPES SOUZA

6

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**04/13/2023**
**Clerk of the Court**
BY: JEFFREY FLORES
Deputy Clerk

7

8          SUPERIOR COURT OF THE STATE OFCALIFORNIA
              FOR THE COUNTY OF SAN FRANCISCO

9

10

11  RICARDO LOPES SOUZA,                    )
12              Plaintiff,                   ) Case No.
13         vs.                              )            **CGC-23-605821**
                                            )
14                                          ) **COMPLAINT FOR DAMAGES**
                                            )
15  FEDEX FREIGHT, INC,, DOES 1 TO 10,      ) 1. Retaliation;
16          Defendants.                      ) 2. Refusal to Accommodate Disability;
                                            ) 3. Hostile Work Environment;
17                                          ) 4. Failure to Prevent Harassment
                                            )
18                                          )
                                            )
19                                          )
20  _____

21        Plaintiff, RICARDO LOPES SOUZA, complains and alleges as
22  follows:
23                    **FIRST CAUSE OF ACTION**
                          **(Retaliation)**
24        1. At all times mentioned herein, Plaintiff, RICARDO LOPES
25  SOUZA, was and now is an individual, residing in the City and County of
26  San Francisco, State of California.
27        2. At all times mentioned herein, Defendant, FEDEX FREIGHT,
    INC., was and now is a corporation, organized and existing in the State of
28

1  Arkansas. Said Defendant is authorized to do and is doing business in the

2  City and County of San Francisco, State of California.

3       3. Plaintiff does not know the true names or identities of the
Defendants sued herein under the fictitious names of DOES 1 TO 10, and

4  therefore, sues said defendants under such fictitious names. Plaintiff prays

5  leave to amend his complaint to allege the correct names and identities of

6  said fictitious defendants, whenever the necessary facts are ascertained. At
all times mentioned herein, said fictitious defendants were the agents,

7  servants and employees of the corporate defendant sued herein and in the

8  doing of the acts and omissions hereinafter alleged, acted within the course

9  and scope of their said agency and employment.

     4. On or about February 21, 2021, Plaintiff became employed by

10  Defendants as a truck driver.

11       5. Over the course of his employment, Plaintiff sustained injuries to

12  his back, caused by his having to load and unload heavy cargoes. Plaintiff
was not permitted to take adequate time off from work to recover from his

13  injuries and throughout the remainder of his employment, Plaintiff was

14  constantly harassed and retaliated against for requesting sick time off to

15  recover from his back injuries. Plaintiff was never paid for the time he took
off to recover from said injuries.

16       6. On November 12, 2021, Defendants ordered Plaintiff to work

17  overtime on an assignment. Plaintiff refused to accept this overtime

18  assignment because of a pre-existing family commitment. As a consequence

19  of said refusal, Defendants retaliated against Plaintiff by suspending him
from all duties and a disciplinary write-up was initiated and placed in his

20  employment records.

21       7. Plaintiff had taken and passed a medical examination required by

22  Defendants when he became employed by them and consequently,
Defendants knew that Plaintiff had limitations on his night vision.

23  Nevertheless, Defendants ordered Plaintiff to make night-time pick-ups and

24  deliveries, causing him to suffer great apprehension and distress for

25  becoming responsible for causing an accident. Plaintiff requested on
February 15, 2022 for a reasonable accommodation, consisting of his being

26  assigned to work during daylight hours only, but Defendants refused to

27  make such accommodation, even though daytime shifts were available.

28

In retaliation against Plaintiff for making this request for reasonable accommodation, Plaintiff was assigned to make stops at businesses for pick-ups when Defendants knew that such businesses were closed.

8. Prior to filing the instant action, Plaintiff duly filed a claim with the California Department of Fair Employment and Housing and on September 29, 2022, Plaintiff received from said agency a "right to sue" letter.

9. As a direct and proximate result of Defendants' retaliation against Plaintiff, as hereinabove alleged, Plaintiff was forced to quit his employment with Defendants, and as a consequence thereof, Plaintiff has lost wages and other employment-related benefits in a sum to be proven at trial, and well in excess of the sum of $25,000, as well as severe physical and emotional distress.

10. The acts of Defendants, as hereinabove alleged, were done for the purpose of forcing Plaintiff to quit his employment with Defendants, and were done intentionally and maliciously for the purpose of causing Plaintiff to suffer physical, mental and financial distress and losses, entitling Plaintiff to recover punitive or exemplary damages therefor.

WHEREFORE, Plaintiff prays for judgment against Defendants, as hereinafter set forth.

## SECOND CAUSE OF ACTION
### (Refusal to Accommodate Disability)

11. Plaintiff realleges and incorporates herein by reference each and every allegation contained in his First Cause of Action, as if set forth herein in full.

12. The refusal of Defendants to accommodate Plaintiff's disability in his night vision, by refusing to assign him to daylight shifts, as hereinabove alleged, constitutes violations of Govt. Code §12940(m)(1) and (2).

WHEREFORE, Plaintiff prays for judgment against Defendants, as hereinafter set forth.

## THIRD CAUSE OF ACTION
### (Hostile Work Environment)

13. Plaintiff realleges and incorporates herein by reference each and every allegation contained in his First and Second Causes of Action, as if set forth herein in full.

Complaint for Damages

14. The actions of Defendants, as hereinabove alleged, created a hostile work environment for Plaintiff, in violation of the Fair Employment and Housing Act.

WHEREFORE, Plaintiff prays for judgment against Defendants, as hereinafter set forth.

## FOURTH CAUSE OF ACTION
### (Failure to Prevent Harassment)

15. Plaintiff realleges and incorporates herein by reference each and every allegation contained in his First Cause of Action, as if set forth herein in full.

16. The acts of Defendants, and in particular, punishing and harassing him for taking time off from work to recover from injuries to his back, for Plaintiff's refusal to accept an overtime assignment and in Defendants' refusal to assign Plaintiff to work daylight shifts, constitute a failure to prevent harassment, in violation of Govt. Code §12940(j)(1)and (3).

17. Defendants failed to take all responsible steps to prevent discrimination and harassment against Plaintiff from occurring.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, jointly and severally, as follows:

1. For general damages, according to proof;

2. For special damages, representing Plaintiff's unpaid sick leave, lost wages and other employment-related benefits;

3. For punitive or exemplary damages;

4. For reasonable attorney's fees;

5. For costs of suit; and

6. For such other relief as the Court may deem meet and proper.


_Dylan Hackett_
_____
DYLAN HACKETT, Esq.
Attorney for Plaintiff

# EXHIBIT B

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 329339 | FOR COURT USE ONLY |
|---|---|---|

NAME: Dylan Hackett
FIRM NAME: The Hackett Law Firm
STREET ADDRESS: PO Box 330168
CITY: San Francisco    STATE: CA    ZIP CODE: 94108
TELEPHONE NO.: 415-410-9931    FAX NO. :
E-MAIL ADDRESS: dylanhackett@hackettfirm.com
ATTORNEY FOR (Name): Mr. Ricardo Lopes Souza

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco
 STREET ADDRESS:  400 McAllister Street
 MAILING ADDRESS:  400 McAllister Street
 CITY AND ZIP CODE:   San Francisco, 94102
  BRANCH NAME:  San Francisco Superior Court

 Plaintiff/Petitioner:  Mr. Ricardo Lopes Souza
Defendant/Respondent:  Fed Ex Freight Inc., et al

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>CGC-23-605821 |
|---|---|

TO *(insert name of party being served):* Fed Ex Freight Inc.

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing: May 3, 2023

Michelle Mirafuentes                                    ▶ *Michelle Mirafuentes*
_____                         _____
(TYPE OR PRINT NAME)                                   (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. ☐  A copy of the summons and of the complaint.
2. ☐  Other *(specify):*

*(To be completed by recipient):*

Date this form is signed:  May 26, 2203

Talia L. Delanoy
_____                         _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,       (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                       ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use          **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**          Code of Civil Procedure,
Judicial Council of California                                                                    §§ 415.30, 417.10
POS-015 [Rev. January 1, 2005]                                                                   www.courtinfo.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

