1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    RICARDO LOPES SOUZA,                      Case No.  23-cv-02912-LJC

8            Plaintiff,

9        v.                                    **ORDER SETTING HEARING DATE
     RE: DISCOVERY LETTER BRIEF**

10   FEDEX FREIGHT, INC.,                       Re: ECF No. 24

11           Defendant.

12

13        Defendant FedEx Freight, Inc. has filed a Discovery Letter Brief seeking an order

14   requiring Plaintiff Ricardo Lopes Souza to serve and file initial disclosures that comply with the

15   Court's General Order 71, "Initial Discovery Protocols for Employment Cases Alleging Adverse

16   Action." ECF No. 24.  Defendant also requests sanctions to compensate it for its attorneys' fees in

17   seeking Plaintiff's compliance, and that the settlement conference currently scheduled for January

18   10, 2024, before Magistrate Judge Alex G. Tse, be postponed.

19        The Court sets a hearing date for Defendant's Discovery Letter Brief for December 5,

20   2023, at 10:30 a.m., via Zoom videoconference.  By 12:00 p.m. tomorrow, December 1, 2023,

21   Plaintiff shall file a copy of all initial disclosures he has served as well as any accompanying

22   documents he has produced to Defendant.  If Defendant wishes to postpone the January 10, 2024

23   settlement conference, it will need to direct that request to Magistrate Judge Tse.

24        **IT IS SO ORDERED.**

25   Dated: November 30, 2023

26

27                                             _____
     LISA J. CISNEROS
28                                             United States Magistrate Judge

United States District Court
Northern District of California