UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO LOPES SOUZA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC.,<br><br>    Defendant. | Case No. 23-cv-02912-LJC<br><br>**ORDER RE: SECOND DISCOVERY LETTER BRIEF**<br><br>Re: ECF No. 36 |

Defendant FedEx Freight, Inc. has filed a Second Discovery Letter Brief, requesting that the Court: (1) order Plaintiff Ricardo Lopez Souza to comply with the Court's December 5, 2023 Order; and (2) award Defendant $6,460.50 in sanctions against Plaintiff and his counsel to compensate for the attorneys' fees it has incurred in seeking Plaintiff's compliance with the initial disclosure requirements of General Order (GO) 71. ECF No. 36. Plaintiff filed two separate "Oppositions/Responses," which were a declaration from each of Plaintiff's counsel providing that Plaintiff has fully complied with GO 71, as well as all this Court's orders, and thus good cause exists to not impose sanctions as requested by Defendant. ECF Nos. 38, 39.

By January 18, 2024, Defendant shall file a supplemental brief that addresses what legal authority supports the imposition of the monetary sanctions it requests. Plaintiff shall file a response no later than February 1, 2024. Defendant may file a reply by February 8, 2024.

//
//
//
//
//

1  The Court will hold a hearing on Defendant's request for sanctions on February 20, 2024,
2  at 10:30 a.m., by Zoom.
3  **IT IS SO ORDERED.**
4  Dated: January 4, 2024

LISA J. CISNEROS
United States Magistrate Judge