UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO LOPES SOUZA,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDEX FREIGHT, INC.,<br><br>    Defendant. | Case No.  23-cv-02912-LJC<br><br>**ORDER RESETTING BRIEFING DEADLINES AND HEARING ON REQUEST FOR SANCTIONS, OR ALTERNATIVELY, REQUESTING JOINT STATUS REPORT** |

On January 4, 2024, in response to Defendant FedEx Freight, Inc.'s request for sanctions in its Second Discovery Letter Brief (ECF No. 36), the Court set deadlines for supplemental briefing. ECF No. 41 at 1.[1] Defendant's supplemental brief was due January 18, 2024, Plaintiff Ricardo Lopes Souza's response was due February 1, 2024, and Defendant's reply was due by February 8, 2024. *Id.*  A hearing was set for February 20, 2024, at 10:30 a.m., via Zoom. *Id.* at 2.

Neither party has filed any supplemental briefs to date. On January 10, 2024, the parties participated in a settlement conference with Magistrate Judge Alex G. Tse, and although the case did not settle, some material terms in agreement were placed on the record. ECF No. 42. However, no notice of settlement has been filed since then.

The hearing set for February 20, 2024 is hereby continued to April 2, 2024, at 10:30 a.m., via Zoom. Defendant's supplemental brief shall be due March 1, 2024. In the alternative, by that same deadline, the parties can file a joint status report with an update on the status of settlement negotiations, and whether Defendant still intends to pursue its sanctions request against Plaintiff and his counsel.

---

[1] Unless specified otherwise, the Court refers to the PDF page number generated by the Court's e-filing system.

If Defendant chooses to file its supplemental brief, Plaintiff's response shall be due March 15, 2024, and Defendant's reply shall be due by March 22, 2024.

**IT IS SO ORDERED.**

Dated: February 16, 2024

LISA J. CISNEROS
United States Magistrate Judge