UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO LOPES SOUZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX FREIGHT, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-02912-LJC<br><br>**ORDER DENYING WITH PREJUDICE DEFENDANT FEDEX FREIGHT, INC.'S SECOND DISCOVERY LETTER BRIEF**<br><br>Re: ECF No. 36 |

On December 20, 2023, Defendant FedEx Freight, Inc. filed its Second Discovery Letter Brief requesting that the Court: (1) order Plaintiff Ricardo Lopez Souza to comply with the Court's December 5, 2023 Order; and (2) award Defendant $6,460.50 in sanctions against Plaintiff and his counsel to compensate for the attorneys' fees it has incurred in seeking Plaintiff's compliance with the initial disclosure requirements of General Order (GO) 71. ECF No. 36. On January 4, 2024, the Court set deadlines for supplemental briefing on the sanctions request and a hearing for February 20, 2024. ECF No. 41. On February 16, 2024, after both parties failed to comply with all three briefing deadlines, the Court continued the hearing to April 2, 2024. ECF No. 43 at 1.[1] The Court ordered Defendant to file its supplemental brief by March 1, 2024, or in the alternative, for the parties file a joint status report with an update on the status of settlement negotiations, and whether Defendant still intended to pursue its sanctions request against Plaintiff and his counsel. *Id.*

Nothing has been filed to date in response to the Court's February 16, 2024 order. Accordingly, the Court hereby **DENIES** with prejudice Defendant's Second Discovery Letter

---

[1] Unless specified otherwise, the Court refers to the PDF page number generated by the Court's efiling system.

Brief for failure to comply with this Court's briefing schedule. The Court sets a Case Management Conference for March 7, 2024, at 1:30 p.m., via Zoom. No Case Management Conference Statement is required. If the parties are unavailable, they may file a stipulation with proposed order to continue the Case Management Conference by one week.

**IT IS SO ORDERED.**

Dated: March 5, 2024

LISA J. CISNEROS
United States Magistrate Judge