DYLAN HACKETT, Esq., SBN: 329339
The Hackett Law Firm
P.O. Box 330168
San Francisco, CA 94108
Tel: [415] 410-9931
Email: dylanhackett@hackettfirm.com

Attorney for Plaintiff,
RICARDO LOPES SOUZA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO LOPES SOUZA,<br><br>           Plaintiff,<br><br>    vs.<br><br>FEDEX FREIGHT, INC., et al.,<br><br>           Defendants. | Case No. 3:23-cv-02912-LJC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>(Fed R Civ P 41(a)(1)) |

   IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff, RICARDO LOPES SOUZA, and all Defendants who have appeared in this action, as follows:

   1. This action was commenced on June 13, 2023.

   2. This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the Court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice.

| The Hackett Law Firm | Gordon Rees Scully Mansukhani, LLP |
|---|---|
| By: *Dylan Hackett* | By: *[signature]* |
| DYLAN HACKETT, Esq., | Talia L. Delanoy, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | FEDEX FREIGHT, INC. |
| Dated: March 5, 2024 | Date: March 6, 2024 |

SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of the same has been obtained from each of the signatories.

Gordon Rees Scully Mansukhani, LLP

By: *[signature]*
Talia L. Delanoy, Esq.
Attorneys for Defendant
FEDEX FREIGHT, INC.

Date: March 6, 2024